GEORGE W. SIMPSON, as Receiver of the LOCKWHIT COMPANY, Appellant, *v.* GEORGE L. KUMPF, Respondent.

Reported below, 167 App. Div. 926.
(Submitted September 27, 1915; decided October 5, 1915.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 12, 1915, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special term in an action to recover assets.

The motion was made upon the ground that the affirmance by the Appellate Division was unanimous and the exceptions frivolous.

*L. E. Schlechter* for motion.

*Ferdinand E. M. Bullowa* opposed.

Motion denied, with ten dollars costs.

---

ARTHUR H. JONES, Respondent, *v.* NATIONAL SURETY COMPANY, Appellant.

Reported below, 168 App. Div. 913.
(Submitted September 27, 1915; decided October 5, 1915.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 26, 1915, affirming a judgment in favor of plaintiff entered upon an order of Special Term granting a motion for judgment on the pleadings in an action upon a surety bond.

The motion was made upon the ground that the questions raised by the appeal were frivolous.

*Edward Potter* for motion.

*Charles Haldane* opposed.

Motion denied, with ten dollars costs.